# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:26-cv-22178-RS

**JUDI DELIS**, individually and on behalf of
all other similarly situated,

    Plaintiff,

 v.

**HEALTH GORILLA INC., and TRINITY
HEALTH CORPORATION,**

    Defendants.

_____

## JOINT MOTION FOR STAY OF PROCEEDINGS

Defendants, Health Gorilla Inc. ("HGI"), and Trinity Health Corporation ("THC") (collectively "Defendants"), by and through the undersigned counsel, provides notice that J. Michael Paulino, Esq. of Gordon Rees Scully Mansukhani LLP shall appear as lead counsel on behalf of Defendant in this matter. All communications and correspondence for Defendants shall be directed to the undersigned counsel.

Dated: April 23, 2026

        Respectfully Submitted,

        **GORDON REES SCULLY
        MANSUKHANI, LLP**

        */s/ J. Michael Paulino*
        J. Michael Paulino, (Fla. Bar No.: 1027918)
        Justin Holmes (*pro hac vice*)
        100 SE Second St, Ste 3900
        Miami, FL 33131
        Tel: (212) 269-5500
        Fax: (212) 269-5505
        jholmes@grsm.com
        jpaulino@grsm.com

*Attorneys for Defendant, Trinity Health Corporation*

_____

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2026, the foregoing was served via CM/ECF to all counsel of record.