**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-22178-RS**

**JUDI DELIS**, individually and on behalf of
all other similarly situated,

       Plaintiff,

  v.

**HEALTH GORILLA INC., and TRINITY**
**HEALTH CORPORATION,**

       Defendants.

_____

### JOINT MOTION FOR STAY OF PROCEEDINGS

Defendant Trinity Health Corporation ("THC"), by and through the undersigned counsel,

provides notice that J. Michael Paulino, Esq. of Gordon Rees Scully Mansukhani LLP shall appear

as lead counsel on behalf of Defendant in this matter. All communications and correspondence for

Defendants shall be directed to the undersigned counsel.

Dated: April 23, 2026

Respectfully Submitted,

**GORDON REES SCULLY**
**MANSUKHANI, LLP**

*/s/ J. Michael Paulino*
J. Michael Paulino, (Fla. Bar No.: 1027918)
Justin Holmes (*pro hac vice*)
100 SE Second St, Ste 3900
Miami, FL 33131
Tel: (212) 269-5500
Fax: (212) 269-5505
jholmes@grsm.com
jpaulino@grsm.com

*Attorneys for Defendant, Trinity Health*

-1-

*Corporation*

_____

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2026, the foregoing was served via CM/ECF to all counsel of record.