**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 1:26-cv-22178-RS

JUDI DELIS, individually and on behalf of
all others similarly situated,

     Plaintiff,

v.

HEALTH GORILLA INC., and TRINITY
HEALTH CORPORATION,

     Defendants.

_____/

**NOTICE OF CO-COUNSEL'S APPEARANCE**
**AND DESIGNATION OF E-MAIL ADDRESSES**

Please take notice that Julia G. Young, Esquire of Wilson Elser Moskowitz Edelman &

Dicker LLP, hereby enters her appearance as co-counsel for Defendant, HEALTH GORILLA,

INC.

She designates the following e-mail addresses for service of all documents required to be

served in this proceeding:

Primary E-mail Address:     Julia.Young@wilsonelser.com
Secondary E-mail Address:    Susan.Baughman@wilsonelser.com
Secondary E-mail Address:    Heather.Sadusky@wilsonelser.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of April, 2026, a true and correct copy of the

foregoing, has been electronically filed *via* the CM/ECF Portal in the Southern District of Florida

– Miami Division, which will generate a notice of filing to Plaintiff's counsel, Tonyia J. Johnson,

Esquire, Shamis & Gentile, P.A., tjohnson@shamisgentile.com.

334579278v.1

2

Wilson Elser Moskowitz Edelman & Dicker LLP

By: */s/ Julia G. Young*
    John Y. Benford, Esquire
    Florida Bar No. 51950
    John.Benford@wilsonelser.com
    Alyssa.Heitman@wilsonelser.com
    Danielle.Weisman@wilsonelser.com
    Julia G. Young, Esquire
    Florida Bar No. 94334
    Julia.Young@wilsonelser.com
    Susan.Baughman@wilsonelser.com
    Heather.Sadusky@wilsonelser.com
    111 North Orange Avenue, Suite 1200
    Orlando, Florida 32801
    Telephone: (407) 203-7599
    Facsimile: (407) 648-1376
    Attorneys for Defendant,
    Health Gorilla, Inc.

2

334579278v.1