**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-22178-RS**

**JUDI DELIS**, individually and on behalf of
all other similarly situated,

        Plaintiff,

    v.

**HEALTH GORILLA INC., and TRINITY
HEALTH CORPORATION,**

        Defendants.

_____/

## <u>JOINT UNOPPOSED MOTION FOR STAY OF PROCEEDINGS</u>

Defendants, Health Gorilla Inc. ("HGI") and Trinity Health Corporation ("THC") (collectively "Defendants"), and Plaintiff, Judi Delis ("Plaintiff"), individually and on behalf of all others similarly situated, by and through their respective undersigned counsel(s), and pursuant to the Federal Rules of Civil Procedure, hereby submit this Joint Unopposed Motion for Stay of Proceedings. And, in support thereof, the parties state as follows:

1. Plaintiff filed their Complaint on or about March 30, 2026 ("Complaint").

2. Defendants' counsel have recently been retained and require additional time to investigate and analyze the allegations in the Complaint and prepare an adequate response thereto.

3. There are other actions regarding the same incident currently pending in the Southern District of Florida that are pending consolidations including:

   - *Ricky Lott v. Health Gorilla, Inc.,* 1:26-cv-21639-KMM (S.D. Fla.)
   - *Holly Hughes v. Health Gorilla*, 1:26-cv-21952-KMW (S.D. Fla.)[1]

---

[1] The Lott and Hughes actions were consolidated into Case No. 1:26-cv-21639-KMM pursuant to the court's order

- *Amy Hawkins and Randall Brink v. Health Gorilla, Inc.; Ravillamed PLLC; Unique Medi Tech LLC d/b/a Mammoth DX; Mammoth Pat Solutions, LLC; Mammoth RX, Inc.; Unit 387 LLC; SelfRX, LLC d/b/a Myself.health; and Critical Care Nurse Consultants, LLC d/b/a Guarddog Telehealth,* 1:26 – cv22328-KMM (S.D. Fla.);
- *Tatyana Malenkovich v. Health Gorilla, Inc.*, 1:26-cv-22757-XXXX (S.D. Fla.);
- *Jeffrey S. Jackson v. Trinity Health Corporation, and Health Gorilla Inc.*, 2:26-cv-10948-SDK-KGA (E.D. Mich.);
- *Justina Pabon v. Trinity Health Corporation, and Health Gorilla Inc.*, 2:26-cv-10989-LJM-CI (E.D. Mich.);
- *Steven Patterson v. UVA Health, Epic Systems Corporation, Health Gorilla, and Mammoth Path Solution, LLC*, 2:26-cv-01938 (C.D. Cal.).

4. The parties conferred on April 23, 2026, and Plaintiff agrees to stay proceedings pending the outcome and finality of the pending coordination of the remaining matters.

5. The parties further acknowledge and agree that this joint motion is submitted with good cause and that no party will be prejudiced by this stay.

6. The parties respectfully request that the Court enters an order accordingly.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), I certify that prior to filing this joint motion, I discussed the relief requested in this joint motion by telephone communication on April 24, 2026, with Plaintiff's counsel, and Plaintiff's counsel agreed to the relief requested herein.

Dated: April 27, 2026

Respectfully Submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ J. Michael Paulino*
J. Michael Paulino, (Fla. Bar No.: 1027918)

dated April 21, 2026, in the *Lott* action. See Doc. No. 27 in *Lott*.

-2-

Justin Holmes (*pro hac vice*)
100 SE Second St, Ste 3900
Miami, FL 33131
Tel: (212) 269-5500
Fax: (212) 269-5505
jholmes@grsm.com
jpaulino@grsm.com

*Attorneys for Defendant, Trinity Health Corporation*


*/s/Tonyia J. Johnson*
Tonyia J. Johnson (FBN #1058251)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299
tjohnson@shamisgentile.com


*Attorney for Plaintiff*